| Attorney or Party without Attorney:<br>Law Offices Of: Michael Cosentino<br>P.O. Box 129<br>Alameda, CA 94501<br>Telephone No: 510 523-4702    FAX No: 510 747-1640 | | | | For Court Use Only<br><br>**FILED**<br>JUL 2 5 2008<br>RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT,<br>NORTHERN DISTRICT OF CALIFORNIA |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT DISTRICT | | | | |
| Plaintiff: United States of America | | | | |
| Defendant: Mary A. Rufus aka Mary Ann Rufus | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 3256 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons (And) Complaint; Ecf Registration Information Handout

3. a. Party served:                             Mary A. Rufus aka Mary Ann Rufus
   b. Person served:                            Kenneth Rufus

4. Address where the party was served:         1150 Carlton Ave.
                                                Menlo Park, CA 94025

5. I served the party:
   b. **by substituted service.** On: Thu., Jul. 17, 2008 at: 10:23PM by leaving the copies with or in the presence of:
       Kenneth Rufus
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Thu., Jul. 17, 2008 from: San Bruno, CA
   ~~(5) I attach a declaration of diligence stating actions taken first to attempt personal service.~~

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Kris Vorsatz                                            d. **The Fee** for Service was:    $55.00
   b. **S&R Services**                                        e. I am: (3) registered California process server
      851 Cherry Avenue #27-105                                   (i)   Owner
      San Bruno, CA 94066                                         (ii)  Registration No.:    1160
   c. (650) 794-1923, FAX (650) 794-1943                         (iii) County:              Santa Clara

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Tue, Jul. 22, 2008

                                                                        K. Vorsatz
                                                                        (Kris Vorsatz)

Judicial Council Form POS-010                PROOF OF SERVICE                                    micos.5296
Rule 2.150.(a)&(b) Rev January 1, 2007       SUMMONS & COMPLAINT