MICHAEL COSENTINO, SBN 83253
ATTORNEY AT LAW
P.O. Box 129
Alameda, CA 94501
Telephone: (510) 523-4702

Attorney for Plaintiff,
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | NO. C08-03256 SLM |
| ) Plaintiff, ) | |
| ) | CONSENT JUDGMENT |
| v. ) | |
| ) | |
| MARY A. RUFUS aka ) | |
| MARY ANN RUFUS, ) | |
| ) | |
| Defendant. ) | |

The above entitled Plaintiff having filed its complaint herein, and the above entitled defendant having consented to the making and entry of this final judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over the parties to the Consent Judgment. The Complaint herein states a claim upon which relief can be granted. The defendant hereby acknowledges and accepts service of the complaint filed herein.

2. In accordance with the provisions of Title 28 U.S.C. Section 636(c) the parties hereby voluntarily waive their rights to proceed before a judge of the United States District Court and consent to have a United States magistrate judge conduct any and all further

1  proceedings in the case, including trial, and order the entry of a final judgment. It is
2  understood that any appeal from a judgment entered by a magistrate judge will be taken
3  directly to the Ninth Circuit of the United States Court of Appeals in the same manner as
4  an appeal from any other judgment of a District Court..
5        3. Judgment shall be in favor of Plaintiff, United States of America and against
6  defendant, MARY A. RUFUS aka MARY ANN RUFUS, in the sum of $1,502.38 consisting
7  of $837.59 in principal, $489.79 interest to August 7, 2008, CIF costs of $0.00, court costs
8  of $55.00 and attorney's fees of $120.00, plus interest at the rate of 5.00% per annum
9  ($0.11 per day) on principal in the amount of $837.59 from August 7, 2008, up to the date
10 of entry of the within Consent Judgment, less any sums tendered toward satisfaction of
11 the obligation during said time period.
12       4. This consent judgment shall bear interest pursuant to the provisions of 28
13 U.S.C §1961(a) at the legal rate per annum from the date of entry of judgment, which
14 interest will be compounded annually pursuant to the provisions of 28 U.S.C. §1961(b)
15 until paid in full.
16       5. On or before October 1, 2008, the judgment debtor will tender to the United
17 States of America, a check payable to the U.S. Department of Justice mailed to,

18 U. S. Department of Justice
   Nationwide Central Intake Facility
19 P. O. Box 70932
   Charlotte, NC  28272-0932
20
21 in the amount of $65.00; thereafter judgment debtor will tender $65.00 on or before the
22 first day of each succeeding month until the account is paid in full.
23       (a) Each said payment shall be applied first to the payment of interest accrued to
24 the date of receipt of said payment, and the balance, if any, to the principal;
25       (b) The judgment debtor shall submit financial data to the plaintiff as specified by
26 plaintiff on the anniversary date of this judgment for each year this judgment remains
27
28 Consent Judgment; USDC Case Number _CV 08-03256 SLM___; U.S. v. RUFUS                    Παγε 2

unpaid; and

(c) Plaintiff reserves the right to evaluate the updated financial data and adjust the periodic payment rate accordingly, or to demand a lump sum payment if warranted by the judgment debtor's financial circumstances, subject to Court approval.

6. An Abstract of Judgment shall be recorded with the Recorder's Office of the County of residence of the judgment debtor; plaintiff may also record or file similar documents elsewhere.

7. Default under the terms of this consent judgment will entitle the United States of America to execute on this judgment without notice to the judgment debtor.

8. The judgment debtor has the right of prepayment of this debt without penalty, and the interest charged will only be calculated to the date of final payment.

9. In case of default, all costs incurred in recording, filing, executing, or levying on, satisfying, or otherwise servicing this judgment shall be paid by the judgment debtor.

Dated: August 7, 2008

By: MICHAEL COSENTINO
Attorney for Plaintiff,
United States of America

I have read the foregoing, I understand and agree to the terms, and I sign this agreement as a free and voluntary act.

Dated: 8/12/08

MARY A. RUFUS aka MARY ANN RUFUS
Defendant and Judgment Debtor

August 18, 2008

APPROVED AND SO ORDERED THIS _____ DAY OF _____, 2007,

The Clerk of the Court is DIRECTED to close the file in the action

UNITED STATES MAGISTRATE JUDGE

Consent Judgment; USDC Case Number _CV 08-03256 SLM _ ; _ RUFUS      Παγε 3